## THOMAS CALDWELL *versus* FRANCIS LASSELLE, ADMINISTRATOR OF THE ESTATE OF JAMES LASSELLE, DECEASED

JOURNAL ENTRIES (1818): *Journal 2:* (1) Decree *p. 601.
PAPERS IN FILE: (1) Incomplete transcript of proceedings before register; (2) extract from agreement of parties.

## JULIE LASSELLE AND JACQUES LASSELLE, MINORS, BY THOMAS CALDWELL, NEXT FRIEND, *versus* FRANCIS LASSELLE, GUARDIAN

JOURNAL ENTRIES (1818): *Journal 2:* (1) Decree *p. 601.
PAPERS IN FILE: [None]

## SAMUEL PARSHALL *versus* DAVID CAREY AND WILLIAM MORRIS

JOURNAL ENTRIES (1818–19): *Journal 2:* (1) Rule to declare *p. 602; (2) non pros., judgment *p. 675.
PAPERS IN FILE: (1) Precipe for capias; (2) affidavit for bail; (3) precipe for alias capias.
*Office Docket*, MS p. 63, c. 2.